# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COASTAL LAUNDROMAT, INC.,<br>　　　　　Defendant. | CV 18-3066 DSF (ASx)<br><br>Order Dismissing Case for Lack of Prosecution |

　　　This case was filed on April 12, 2018.  On July 12, 2018, the Court issued an order to show re dismissal for lack of prosecution because Plaintiff had not indicated that he had served the Defendant.  Plaintiff responded to the OSC on July 23, 2018, stating that he had served Defendant through substituted service at some unspecified time, but had not mailed process as required by the substitute service statute.  Plaintiff indicated that his process server would complete service and Plaintiff would file a proof of service within three weeks.  Plaintiff did not attempt to show good cause for the failure to serve or to explain why it would take three weeks to file a proof of service.  In any event, three weeks passed and no proof of service was filed.  Therefore, the case is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

Date: 8/30/18

_____
Dale S. Fischer
United States District Judge