# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED BERNARD,<br>           Plaintiff,<br><br>       v.<br><br>COASTAL LAUNDROMAT, INC.,<br>           Defendant. | CV 18-3066 DSF (ASx)<br><br>JUDGMENT |

    The Court having dismissed the case for lack of prosecution,

    IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date: 8/30/18

                                  Dale S. Fischer
                                  United States District Judge